The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RAPHAEL RUSSELL,<br><br>                 Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; and SERVICE LINK,<br><br>                 Defendants. | NO. 2:15-cv-00306-RSL<br><br>NOTICE OF ATTORNEY'S CLAIM OF LIEN |

TO:    THE CLERK OF THE COURT; and

TO:    PLAINTIFF RAPHAEL RUSSELL; and

TO:    DEFENDANT BANK OF AMERICA, N.A., and its legal counsel, WITHERSPOON KELLEY and CHRISTOPHER G. VARALLO and STEVEN J. DIXSON; and

TO:    DEFENDANT SERVICE LINK, and its legal counsel, FIDELITY NATIONAL LAW GROUP and MATTHEW R. CLEVERLEY:

NOTICE IS HEREBY GIVEN that pursuant to RCW 60.40, Berry & Beckett PLLP and Guy W. Beckett claim a lien for legal services provided to Plaintiff Raphael Russell ("Russell"), upon the following:

    1.    Upon Russell's papers that have come into the possession of Berry & Beckett, PLLP and/or Guy W. Beckett;

NOTICE OF ATTORNEY'S CLAIM OF LIEN - 1
(NO. 2:15-cv-00306-RSL)

Berry & Beckett PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

2. Upon any money in the hands of Berry & Beckett, PLLP and/or Guy W. Beckett belonging to Russell;

3. Upon money in the hands of any of the defendants in this action;

4. Upon this action and its proceeds, to the extent of the value of the services performed by Berry & Beckett, PLLP and/or Guy W. Beckett;

5. Upon any judgment rendered herein in favor of Russell, to the extent of the value of the services performed by Berry & Beckett, PLLP and/or Guy W. Beckett.

The amount claimed by Berry & Beckett, PLLP and Guy W. Beckett for the attorney's lien is Five Thousand Three Hundred Ninety Five and 08/100 Dollars ($5,395.08).

DATED THIS 30th day of November, 2015.

BERRY & BECKETT, PLLP

_____
Guy W. Beckett, WSBA #14939

NOTICE OF ATTORNEY'S CLAIM OF LIEN - 2
(NO. 2:15-cv-00306-RSL)

Berry & Beckett
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346

# CERTIFICATE OF SERVICE

Guy W. Beckett hereby certifies that on November 30, 2015, I mailed a copy of this Notice of Attorney's Claim of Lien by certified mail, return receipt requested, and by first-class mail, postage prepaid, to:

>Raphael Russell
>1475 N. Kelsey Street
>Suite 105, Box 137
>Monroe, WA  98272

Also on November 30, 2015, I mailed a copy of this Notice of Attorney's Claim of Lien by first-class mail to:

>Matthew R. Cleverley
>Fidelity National Law Group
>1200-6th Ave., Ste. 620
>Seattle, WA  98101
>
>Christopher G. Varallo
>Steven J. Dixson
>WITHERSPOON KELLEY
>422 West Riverside Avenue, Ste. 1100
>Spokane, WA  99201-0300

Also on November 30, 2015, I caused a copy of this Notice of Attorney's Claim of Lien to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons:

| | |
|---|---|
| Matthew R. Cleverley | Matthew.Cleverley@fnf.com |
| Christopher G. Varallo | cgv@witherspoonkelley.com |
| Steven J. Dixson | sjd@witherspoonkelley.com |

SIGNED THIS 30th day of November, 2015, at Seattle, Washington.

Guy W. Beckett, WSBA #14939

NOTICE OF ATTORNEY'S CLAIM OF LIEN - 3
(NO. 2:15-cv-00306-RSL)

Berry&Beckett
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346