The Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
SEATTLE

| | |
|---|---|
| RAPHAEL RUSSELL,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; and SERVICE LINK,<br><br>           Defendants. | NO. 2:15-cv-00306-RSL<br><br>ORDER GRANTING GUY W. BECKETT'S MOTION TO FORECLOSE ATTORNEY'S CLAIM OF LIEN, AND DIRECTING CLERK OF COURT TO DISBURSE FUNDS TO GUY W. BECKETT (PROPOSED) |

THIS MATTER came on before the Honorable Robert S. Lasnik upon Guy W. Beckett's motion for an order foreclosing his Attorney's Claim of Lien, and for an order directing the Clerk of the Court to disburse to him the sum of $5,395.08 from funds presently on deposit with the Court Registry. The Court has considered the motion and the papers filed by the parties in support of and in opposition to the motion. The Court is fully advised in the premises. Now therefore, it is hereby

ORDERED that Guy W. Beckett's motion is granted. Guy W. Beckett's Claim of Lien is foreclosed, and the Clerk of the Court shall disburse the sum of $5,395.08 to Guy W.

ORDER GRANTING BECKETT'S MOTION TO
FORECLOSE CLAIM OF LIEN, AND DIRECTING
CLERK OF COURT TO DISBURSE FUNDS - 1
(PROPOSED)
(NO. 2:15-cv-00306-RSL)

Beckett at 1708 Bellevue Ave., Seattle, WA 98122, from sums on deposit with the Court Registry in this matter. Any Clerk's fees related to such disbursement shall be paid from the residual funds remaining on deposit with the Court Registry.

Done this _____ day of _____, 2016.

_____
The Hon. Robert S. Lasnik
U.S. District Court Judge

ORDER GRANTING BECKETT'S MOTION TO
FORECLOSE CLAIM OF LIEN, AND DIRECTING
CLERK OF COURT TO DISBURSE FUNDS - 2
(PROPOSED)
(NO. 2:15-cv-00306-RSL)